UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON CARTIER LUCY,<br><br>                        Plaintiff,<br><br>-v.-<br><br>LUBOV FINE ART LLC, et al.,<br><br>                        Defendants. | 24 Civ. 8592 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

       Plaintiff's motion for a default judgment, ECF No. 28, is GRANTED. The case is referred to the designated Magistrate Judge, Judge Gorenstein, for an inquest on damages pursuant to Fed. R. Civ. P. 55(b)(2).

       The Clerk of Court is directed to terminate ECF No. 28.

       SO ORDERED.

Dated: June 10, 2025
       New York, New York

                                                                                                       JENNIFER H. REARDEN
                                                                                                         United States District Judge